FILED

SEP - 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 04mj8525-PCL |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT AND RECALL ARREST WARRANT |
| NORMA ALICIA BLANCO (3), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case against defendant Norma Alicia Blanco and be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 9-1-2017

_____
HONORABLE PETER C. LEWIS
United States District Court Judge